**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 18-6817**

NICHOLAS OMAR MIDGETTE,

     Petitioner - Appellant,

   v.

UNITED STATES OF AMERICA,

     Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (5:18-hc-02066-BO)

Submitted: October 23, 2018       Decided: October 26, 2018

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nicholas Omar Midgette, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicholas Omar Midgette appeals the district court's order denying his petition for a writ of error coram nobis or audita querela. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Midgette v. United States*, No. 5:18-hc-02066-BO (E.D.N.C. June 29, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*